IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,               No. 2:13-cv-0372 GEB KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.         ORDER

          /

       Petitioner requests a further extension of time to file objections to the undersigned's March 11, 2013 findings and recommendations, due to petitioner's recent transfer to Salinas Valley State Prison and the resulting inaccessibility of his legal materials, which petitioner asserts are contained in nine separate legal boxes. On March 29, 2013, the court extended this deadline for a period of thirty days. Nevertheless, for good cause shown, petitioner's request for one further extension of time will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's request for a further extension of time (Dkt. No. 14), is granted.

       2. Petitioner shall file any objections to this court's findings and recommendations on or before May 17, 2013; no further extensions of time will be granted.

////

3. The correctional officials and staff at the California Department of Corrections and Rehabilitation ("CDCR"), and Salinas Valley State Prison, are directed to expedite and assist in petitioner's review of his legal materials, for the purpose of meeting the court's May 17, 2013 deadline.

4. The Clerk of Court is directed to note plaintiff's change of address to Salinas Valley State Prison, as set forth in petitioner's filings and confirmed by the undersigned pursuant to a search of CDCR's Inmate Locator service.

SO ORDERED.

DATED: April 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spen0372.frthr.eot