IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                  No.  2:13-cv-0372 GEB KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                 <u>ORDER</u>

      /

          Petitioner requests a third extension of time to file objections to this court's March 11, 2013 findings and recommendations.  On April 12, 2013, the court granted petitioner's second request for an extension of time, and set a final deadline for filing such objections as May 17, 2013.  Pursuant to that order, the court noted petitioner's recent transfer to Salinas Valley State Prison, from California State Prison-Sacramento, and emphasized that "[t]he correctional officials and staff at the California Department of Corrections and Rehabilitation (CDCR), and Salinas Valley State Prison, are directed to expedite and assist in petitioner's review of his legal materials, for the purpose of meeting the court's 5/17/13 deadline."  (Dkt. No. 15 at 2.)  On May 9, 2013, petitioner filed the instant request (which was signed and dated April 30, 2013), and informed the court that he had not yet received his "nine boxes of legal materials;"

petitioner also stated that he had been told by correctional staff that he would have a long wait.[1] (Dkt. No. 17.)

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's third request for an extension of time (Dkt. No. 17), is granted.

2. Petitioner shall file and serve his objections to this court's findings and recommendations within 30 days after the filing date of this order. Respondent may file and serve a reply within 7 days after service of petitioner's objections.

3. Correctional staff at the California Department of Corrections and Rehabilitation (CDCR), particularly at Salinas Valley State Prison and California State Prison-Sacramento, shall, within 10 days after the filing date of this order, consolidate all of petitioner's legal materials at Salinas Valley State Prison, and commence providing petitioner with reasonable access to, and opportunity to review, *all* of his relevant legal materials, continuing to the date of the deadline for filing objections to the court's findings and recommendations, viz., 30 days after the filing date of this order.

4. The Clerk of Court shall redesignate petitioner's "objections" filed on April 22, 2013 (Dkt. No. 16), as a "further request for the court's assistance;" and note that the request is consolidated and granted pursuant to the instant order.

DATED: May 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spen0372.111(3)

---

[1] The court notes that petitioner's "objections" filed on April 22, 2013, also challenge petitioner's lack of access to his legal materials; they are not substantive objections to the court's findings and recommendations.