IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

      Petitioner,                      No.  2:13-cv-0372 GEB KJN P

     vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.                 <u>ORDER</u>

/

        Petitioner has again been transferred back to California State Prison-Sacramento ("CSP-SAC"). (<u>See</u> ECF No. 19.) Accordingly, the order of this court filed May 14, 2013 (ECF No. 18), directed to Salinas Valley State Prison, is, by this order, now directed to CSP-SAC. The CSP-SAC Litigation Coordinator will be required to explain to plaintiff and the court the whereabouts of petitioner's nine boxes of legal materials, and to provide a plan and schedule for petitioner's review of those materials.

        Therefore, IT IS HEREBY ORDERED that:

        1. The CSP-SAC Litigation Coordinator shall, within ten (10) days after the filing date of this order, file with the court, and serve on petitioner, a written statement identifying the location of each of petitioner's nine boxes of legal materials, and setting forth a plan and schedule for petitioner's review of those materials within the following fourteen (14) days.

2. Following the court's review of the statement filed by the CSP-SAC Litigation Coordinator, the court will set a further extended deadline for petitioner's filing of objections to the court's findings and recommendations.

3. The Clerk of Court is directed to serve a copy of this order, and of this court's orders filed April 12, 2013 (ECF No. 15), and May 14, 2013 (ECF No. 18), on the Litigation Coordinator for California State Prison -Sacramento.

SO ORDERED.

DATED: June 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spen0372.frthr.instr.