UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No.  2:13-cv-0372 GEB KJN P<br><br><br><br>ORDER |

      On March 11, 2013, the undersigned recommended that petitioner's application for a writ of habeas corpus be denied without prejudice.  (ECF No. 7.)  The court noted that petitioner had previously filed an application for a writ of habeas corpus attacking the same 2001 conviction and sentence challenged in the instant case, and that the prior application had been denied on the merits.  (See Case No.2:05-cv-2456 GEB KJN P.)  As a result, this undersigned found that this court is precluded from considering the instant application unless petitioner first obtains authorization from the Ninth Circuit Court of Appeals.  See 28 U.S.C. § 2244(b)(3).  For these reasons, the undersigned recommended that the instant action be dismissed without prejudice, and accorded petitioner fourteen days to file objections.

      Following the filing of the findings and recommendations, petitioner obtained repeated extensions of time to file his objections, totaling nearly four months, on the ground that petitioner had been denied access to his legal materials.  The undersigned issued detailed orders directing

that such access be granted and facilitated. (See ECF Nos. 15, 18, 21.) The most recent extension of time accorded petitioner until July 15, 2013 to file his objections, and informed petitioner that no further extensions of time would be granted.

Petitioner now requests a sixty-day extension of time, on the ground that it appears that some of his legal materials (contained in his "ninth box" of legal materials) may have been stolen. In addition, petitioner requests the appointment of counsel to assist in the preparation of his objections, on the ground that petitioner's chronic pain and medications render him unable to sit for prolonged periods of time in order to review his legal materials.

The court is persuaded that petitioner has been provided full access to all of his available legal materials, and that petitioner has been accorded adequate time to prepare and file objections to the court's findings and recommendations. Moreover, given the clear rule upon which the court's recommendation rests, it is unlikely that any objections filed by petitioner would warrant modification of the findings and recommendations. Therefore, no further extensions of time will be granted. In addition, the undersigned finds that petitioner has failed to demonstrate that the interests of justice would be served by the appointment of counsel at this time. See 18 U.S.C. § 3006A; Rule 8(c), Fed. R. Governing § 2254 Cases.

For these reasons, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 26) is denied; the last deadline for filing objections (July 15, 2013) has now expired.
2. Petitioner's request for appointment of counsel (ECF No. 27) is denied.
3. A judge's order should issue.

Dated: July 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spen0372.eot.110.

2